# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2393

_____

United States of America

*Plaintiff - Appellee*

v.

Adrian W. Rogers

*Defendant - Appellant*

_____

No. 25-2395

_____

United States of America

*Plaintiff - Appellee*

v.

Adrian W. Rogers

*Defendant - Appellant*

_____

Appeals from United States District Court
for the Southern District of Iowa - Central

_____

Before LOKEN, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

In these consolidated appeals, Adrian Rogers challenges the sentences the district court[1] imposed after revoking his supervised release in two cases. His counsel has moved for leave to withdraw, arguing the sentences are substantively unreasonable. Rogers has filed a pro se brief, arguing that the sentences are excessive and that he received ineffective assistance of counsel.

Upon careful review, we conclude the district court did not abuse its discretion by imposing a substantively unreasonable sentence upon revoking Rogers's supervised release. See United States v. Miller, 557 F.3d 910, 917 (8th Cir. 2009) (standard of review); United States v. Cotroneo, 89 F.3d 510, 512 (8th Cir. 1996). We decline to consider Rogers's ineffective-assistance-of-counsel claims on direct appeal. See United States v. Ramirez-Hernandez, 449 F.3d 824, 827 (8th Cir. 2006). Accordingly, we affirm. We grant counsel's motion to withdraw but note that counsel may need to advise Mr. Rogers of his option to seek Supreme Court review of this decision.

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.